**Order entered May 26, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00376-CV

## IN RE THE STATE OF TEXAS EX REL. JOHN CREUZOT, CRIMINAL DISTRICT ATTORNEY OF DALLAS COUNTY, TEXAS

**Original Proceeding from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F19-40504-T**

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's May 25, 2021 petition for writ of mandamus. We **DENY AS MOOT** relator's May 25, 2021 emergency motion for temporary relief.

/s/    LANA MYERS
       JUSTICE